

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00960-CR

RONNIE DUSTIN HARRISON, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 178th District Court of Harris County.  (Tr. Ct. No. 1302555).

After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 16, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Huddle, and Lloyd.